UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL RENEE ARTIS, ) ) Plaintiff, ) ) v. ) ) KILOLO KIJAKAZI, Acting Commissioner of ) Social Security, ) Defendant. ) | **JUDGMENT IN A CIVIL CASE** **CASE NO. 7:19-CV-71-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $14,000.00.

**This Judgment Filed and Entered on September 7, 2021, and Copies To:**

| | |
|---|---|
| Michael Gray Gillespie | (via CM/ECF electronic notification) |
| James B. Gillespie, Jr. | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

DATE:
September 7, 2021

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
 Deputy Clerk